# United States District Court
# District of Massachusetts

ROLANDO GONZALEZ,
    Petitioner,

v.

CRIMINAL NO. 06-10081-NMG-01
CIVIL ACTION NO. 11-12060-NMG

UNITED STATES OF AMERICA,
    Respondent.

## REPORT AND RECOMMENDATION ON PETITIONER'S MOTION UNDER TITLE 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN CUSTODY (#151)

COLLINGS, U.S.M.J.

The petitioner Rolando Gonzalez ("petitioner" or "Gonzalez") seeks to vacate his conviction pursuant to 28 U.S.C. § 2255. His ground is stated as follows:

> New evidence reflecting ineffective Assistance [sic] of counsel during the plea hearing that caused this court to reject the plea that would have resulted in 10

*Report and Recommendation accepted and adopted.* NMGorton, USDJ 6/29/12